No. 95–6070. BIRGES v. NEVADA SUPREME COURT. Sup. Ct. Nev. Certiorari denied.

No. 95–6077. RODRIGUEZ v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 95–6080. STANFORD v. TIMES MIRROR CO. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 95–6081. COLEMAN v. MURPHY ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–6085. SEASTRONG v. MILLER COUNTY JUVENILE COURT CENTER. C. A. 8th Cir. Certiorari denied.

No. 95–6088. C. J. v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 95–6089. BURGESS v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 95–6090. WILLIAMS v. BREWER ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–6092. VAN LEE v. MAYER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–6093. HINCHEY v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 95–6096. WEINSTEIN v. WEINSTEIN. Super. Ct. Pa. Certiorari denied.

No. 95–6099. LEMONS v. O'SULLIVAN, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–6101. MONROE v. BROWN. Sup. Ct. Va. Certiorari denied.

No. 95–6111. MATUSKA v. DISTRICT COURT OF CASS COUNTY ET AL. Sup. Ct. N. D. Certiorari denied.

No. 95–6112. MURRAY v. WEST. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.